**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE**

IN RE:
GREGORY KENT CARVER and                          CASE NO. 2:26-bk-50226-RRM
DENESED CLICK CARVER,                            Chapter 13

     Debtors.

### <u>ORDER FOR ADEQUATE PROTECTION PAYMENTS</u>

Upon motion of ORNL Federal Credit Union ("Credit Union") for adequate protection payments; after notice and hearing; and for cause shown; it is hereby **ORDERED** that the trustee shall pay the Credit Union monthly adequate protection payments, on the Debtors' 2024 Ford Maverick, in the amount of $768.67 per month; provided however, that no payments shall be made until the filing fee is paid.

# # #

Prepared By:


s/*Jason L. Rogers*_____
Jason L. Rogers (BPR# 039136)
Attorney for ORNL Federal Credit Union
**HODGES, DOUGHTY & CARSON, PLLC**
P.O. Box 869
Knoxville, Tennessee 37901-0869
(865) 292-2307